UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE:<br>GEORGE N. GEORGITSEAS<br>    DEBTOR | : CHAPTER 11<br>: CASE NO. 15-51408 |
| U.S BANK TRUST N.A. AS TRUSTEE FOR<br>LSF9 MASTER PARTICIPATION TRUST<br>    MOVANT<br>VS | : RE ECF NO. |
| GEORGE N. GEORGITSEAS, DEBTOR<br>    RESPONDENT | : MARCH 4, 2016 |

NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

U.S BANK TRUST N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, (the "Movant") has filed a Motion to Dismiss With Prejudice, (the "Contested Matter") in the above-captioned case. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than *March 25, 2016*. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, see, 11 U.S.C. section 102(1).

Dated: March 4, 2016   By: _____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston St., Hartford, CT 06120
Telephone No. (860) 808-0606
Federal Bar No. CT 22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**