UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE:<br>GEORGE N. GEORGITSEAS<br>　　　DEBTOR | : CHAPTER 11<br>: CASE NO. 15-51408 |
| U.S. BANK TRUST N.A, AS TRUSTEE<br>FOR LSF9 MASTER PARTICIPATION TRUST<br>　　　MOVANT<br>VS<br>GEORGE N. GEORGITSEAS, DEBTOR<br>　　　RESPONDENT | : RE: ECF NO.<br><br>: MARCH 4, 2016 |

### NOTICE OF CONTESTED MATTER RESPONSE DEADLINE CERTIFICATION

The undersigned hereby certifies that on the 4th day of March, 2016, in accordance with applicable law, I served the following documents upon the entities listed below (constituting all entities entitled to notice):

(1) a copy of the pleading initiating the contested matter, specifically: Motion To Dismiss With Prejudice; and

(2) a NOTICE OF CONTESTED MATTER RESPONSE DEADLINE.

American Express
c/o Becket and Lee LLP
Attn: Bankruptcy Dept.
PO Box 3001
Malvern, PA 19355

Annie Voudouroglou
Attn: Bankruptcy Dept.
7 Thanopoulou Street
Athens, Greece

Bank of America
PO Box 15026
Wilmington, DE 19850
ATT: PRESIDENT

Capital One, N.A.
c/o American Infosource
PO Box 54529
Oklahoma City, OK 73154
ATT: PRESIDENT

Chase
PO Box 1093
Northridge, CA 91328
ATT: PRESIDENT

Chase
Attn: Bankruptcy Dept
PO Box 15145
Wilmington, DE 19850

Citibank  
Attention: Centralized Bankruptcy  
PO Box 20507  
Kansas City, MO 64915  

Citizens Bank  
480 Jefferson Blvd  
Rje 135  
Warwick, RI 02886  
ATT: PRESIDENT  

Citizens Bank  
One Citizens Drive  
Riverside, RI 02915  
ATT: PRESIDENT  

Diners Club  
Attn: Bankruptcy Dept.  
PO Box 5113  
Englewood, CO 80155  

Green Tree Servicing  
Attn: Bankruptcy Dept.  
PO Box 6172  
Rapid City, SD 57709  

Halloran & Sage LLP  
1 Goodwin Square  
225 Asylum Street  
Hartford, CT 06103  
ATT: PRESIDENT  

Mitchell Chizner  
Attn: Bankruptcy Dept.  
450 Seventh Avenue Ste 2701  
New York, NY 10123  

Resy Zagirakopoulous  
Attn: Bankruptcy Dept.  
7 Thanopoulou Street  
Athens, Greece  

Wachov/ftu  
Attn: Bankruptcy  
PO Box 13765  
Roanoke, VA 24037  

George N. Georgitseas  
72 Woodway Ridge Lane  
New Canaan, CT 06840  
(Debtor)  

Peter l. Ressler  
Groob Ressler & Mulqueen  
123 York Street, Ste 1B  
New Haven, CT 06511-0001  
(Debtor's Attorney)  

Charlene Lerman  
c/o Lerner & Guarino, LLC  
Attn: Bankruptcy Dept.  
8 Wright Street, 2nd Floor  
West Port, CT 06880  

Chase Card Services  
Attn: Marl Pascale  
Bankruptcy Dept.  
201 North Walnut Street  
Mail Stop DE1-1406  
Wilmington, DE 1908-2920  

CITIBANK  
Attn: Bankruptcy Dept.  
POB 790034  
St. Louis, MO 64915  

Internal Revenue Service  
Centralized Insolvency Operations  
Attn: Bankruptcy Dept.  
POB 7346  
Philadelphia, PA 19101-7346  

JPMorgan Chase Bank  
Attn: Bankruptcy Dept.  
POB 1093  
North Ridge, CA 91328

                Wachovia Bank, NA
                Attn: Bankruptcy Dept.
                MAC X2303-01A
                1Home Campus
                1st Floor
                Des Moines, IA 50328-0001

                Holley L. Claiborn
                Office of The United States Trustee
                The Giaimo Federal Building
                150 Court Street, Room 302
                New Haven, CT 06510

Dated:  March 4, 2016         By: */s/ Linda J. St. Pierre*
                                       Linda J. St. Pierre, Esq.
                                       Hunt Leibert Jacobson, PC
                                       50 Weston Street
                                       Hartford, CT 06120
                                       (860) 808-0606
                                       Fed Bar No. CT 22287