UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In Re:

GEORGE N. GEORGITSEAS             CASE No. 15-51408
    DEBTOR                               CHAPTER 11

U.S. BANK TRUST, N.A. AS TRUSTEE
FOR LSF9 MASTER PARTICIPATION TRUST
    MOVANT

vs

GEORGE N. GEORGITSEAS
    RESPONDENT
                              MARCH 24, 2016

DEBTOR'S RESPONSE AND OBJECTION TO DISMISS WITH PREJUDICE

The Debtor in the above captioned matter respectfully objects to the Movant's, U. S. Bank Trust N.A. as Trustee for LSF9 Master Participation Trust, Motion to Dismiss for the reasons set forth below.

1. The Debtor will be able to get substantial new income beginning April 1, 2016.

2. The Debtor will be proposing a new Plan which will demonstrate feasibility.

WHEREFORE, the Debtor respectfully objects to the Movant's Motion to Dismiss with Prejudice and requests that it be denied.

THE DEBTOR

/s/ GEORGE N. GEORGITSEAS