UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

## **NOTICE TO CLIENTS OF PETER L. RESSLER**

You are receiving this Notice because you have a case pending in the United States Bankruptcy Court for the District of Connecticut, in which Peter L. Ressler of Groob, Ressler & Mulqueen, P.C., 123 York St., New Haven, Connecticut is your attorney of record.

You are hereby notified as follows:

1. On March 21, 2016, Peter L. Ressler filed a notice of his resignation from the Bar of the State of Connecticut.

2. On April 7, 2016, the Superior Court for the State of Connecticut accepted his resignation and Peter L. Ressler is no longer an attorney.

3. Peter L. Ressler can no longer represent you individually, your business, or any client in any bankruptcy proceedings in the United States Bankruptcy Court for the District of Connecticut.

4. You may need to obtain another attorney to represent you, or you need to inform the Court in writing that you intend to represent yourself in your pending bankruptcy case as soon as possible.  If you are not an individual (for example, if you are a limited liability company or a corporation), you must retain another attorney in order to avoid having the case dismissed.

5. If you do not notify the Court in writing that you wish to proceed on your own behalf without an attorney, or if no appearance by a substitute attorney is filed within thirty (30) days of this Notice, the Court will schedule a status conference in your case and you will be required to appear at that time.

6. The Superior Court of the State of Connecticut has appointed Attorney Vincent Marino to be a trustee of Peter L. Ressler's client files and cases, which includes your case.  The order appointing Attorney Vincent Marino as trustee is attached for your information and includes Attorney Marino's address.   Attorney Marino's telephone number is (203) 298-4066.

Dated: April 22, 2016

RX Date/Time        04/07/2016    15:06    2038676041                                    P.001
04/07/2016 14:53 FAX 2038676041              CIVIL CASEFLOW                          ☒001

| | | |
|---|---|---|
| NNH-CV-16-5036605 | : | SUPERIOR COURT |
| OFFICE OF CHIEF DISCIPLINARY COUNSEL: | | JUDICIAL DISTRICT of NEW HAVEN |
| V. | | |
| PETER RESSLER | : | APRIL 7, 2016 |

### ORDER

Upon presentment to this Court, and review of the Petition, the Court finds that the petition is in order, and orders that Attorney Vincent M. Marino, juris # 413047 of Cohen and Wolf, PC, 657 Orange Center Rd., Orange, Connecticut 06477, be and is appointed as Trustee, pursuant to the provisions of Practice Book §2-64, to inventory Peter Ressler's files, juris # 049745, secure his clients' fund account(s), secure and review the office mail, and take such action as seems indicated to protect the interests of Attorney Ressler's clients and to provide accounting(s) and report(s) to the Court.

Dated at New Haven, Connecticut this __7__ day of __April__, 2016.

By the Court,

_____
Judge

| | | |
|---|---|---|
| NNH-CV-16-5036605 | : | SUPERIOR COURT |
| OFFICE OF CHIEF DISCIPLINARY COUNSEL: | | JUDICIAL DISTRICT of NEW HAVEN |
| V. | | |
| PETER RESSLER | : | APRIL 7, 2016 |

## ACCEPTANCE OF RESIGNATION AND WAIVER

After hearing had in accordance with Practice Book § 2-52, upon the resignation and waiver submitted by Peter Ressler, juris No. 049745, (hereinafter Respondent) the court finds the following:

That the Respondent has knowingly and voluntarily resigned from the bar of the State of Connecticut and waived the privilege of reapplying to the bar pursuant to Practice Book § 2-53;

That a report by the Statewide Grievance Committee was filed, reviewed and accepted by the Court;

That the Respondent committed professional misconduct based upon the Respondent's affidavit submitted to the court contemporaneous with his resignation and waiver;

That the Respondent's resignation and waiver is hereby accepted by the court.

By the Court,

_____  4/7/16
Judge                    Date