# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
June 20, 2016

In re:

    George N. Georgitseas
                    Debtor*

Case Number: 15–51408 amn
Chapter: 11

U.S. Bank Trust, N.A. as Trustee For LSF9 Master Participation Trust
Movant(s)

v.

George N. Georgitseas , Debtor(s)

Respondent(s)

### Order Granting In Rem Relief from the Automatic Stay

     Upon the Motion for Relief from Stay filed by U.S. Bank Trust, N.A. as Trustee For LSF9 Master Participation Trust (the "Movant"), ECF No. 36, and in accordance with 11 U.S.C. § 362(d)(4), the Movant is granted in rem relief from the automatic stay as to the real property commonly 72 Woodway Ridge Lane, New Canaan, Connecticut (the "Property"), based upon the Movant's claim secured by an interest in the Property, and based upon the finding that the filing of the Debtor's petition was part of a scheme to delay, hinder, or defraud creditors that involved multiple bankruptcy filings affecting the Property.

     In accordance with 11 U.S.C. § 362(d) (4), if this Order is recorded in compliance with applicable State laws governing notices of interest or liens in real property, this Order shall be binding in any other case under this title purporting to affect the Property filed not later than two years after the date of the entry of this Order, except that the Debtor in a subsequent case under this title may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and hearing. Any Federal, State or local governmental unit that accepts notice of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

Dated: June 20, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 – lbw

*For the purposes of this order, "Debtor" means "Debtors" where applicable.